RECEIVED

SEP 2 7 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| NOLAN HULIN, JR.<br>MARCUS GUIDRY, JR.<br>HOWARD ALEXANDER<br>AUGUST DUPUIS<br>JOCELYN MITCHELL<br>SCOTT HAYDEL | CIVIL ACTION NO. 04-2140 |
| VS. | JUDGE DOHERTY |
| RONNIE THERIOT, In his official capacity as<br>Sheriff St. Martin Parish<br>CHARLES FUSELIER, Individually and in his official capacity as<br>as former Sheriff St. Martin Parish<br>MICHAEL PATIN, Individually and in his official capacity as<br>as former Sheriff St. Martin Parish | MAGISTRATE JUDGE METHVIN |

## ORDER

On July 20, 2006, plaintiffs filed a Motion to Compel Responses to Plaintiffs' Interrogatories and Requests for Production of Documents.[1] Plaintiffs filed a Supplemental Motion to Compel on September 1, 2006.[2] On September 12, 2006, plaintiffs filed a Motion to Strike Defendants' Witnesses.[3] On September 20, 2006, plaintiffs' counsel sent a letter advising that the pending motions have been resolved.[4]

**IT IS THEREFORE ORDERED** that plaintiff's Motion to Compel as supplemented is **DENIED as MOOT.**

---

[1] Rec. Doc. 21.

[2] Rec. Doc. 28.

[3] Rec. Doc. 36.

[4] See letter attached as Attachment "A."

**IT IS FURTHER ORDERED** that plaintiff's Motion to Strike is **DENIED** as **MOOT**.

Signed at Lafayette, Louisiana on September ____, 2006.

Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, LA 70501
(337) 593-5140    FAX 593-5155